```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES DIBATTISTA, et al.      :     CIVIL ACTION
                              :
          v.                  :
                              :
GARNETT DIXON, et al.         :     NO. 09-3086
```

<u>ORDER</u>

AND NOW, this 27th day of July, 2009, upon consideration of the plaintiffs' Motion to Remand (docketed twice at Docket No. 5 and Docket No. 6), and the response thereto, IT IS HEREBY ORDERED, for the reasons set out in an accompanying Memorandum of today's date, that the Motion is DENIED.

                         BY THE COURT:


                         <u>/s/ Mary A. McLaughlin</u>
                         MARY A. McLAUGHLIN, J.